COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

THE STATE OF TEXAS,      §      No. 08-20-00021-CR

State,      §      Appeal from the

v.      §      County Criminal Court No. 4

RODOLFO MORALES,      §      of El Paso County, Texas

Appellee.      §      (TC# 20180C06554)

§

# **O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time within which to file the brief until **November 30, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joshua C. Spencer, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before November 30, 2020.

IT IS SO ORDERED this 18th day of November, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.